Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 SW Birch St., Suite 200 Newport Beach, CA 92660
Office: (949) 200-8755 Fax: (866) 843-8308
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff:
GABRIELA CABRERA

Adrienne D. Cohen, Esq. (State Bar No. 145163)
Veronika J. Zappelli, Esq. (State Bar No. 245356)
**LAW OFFICES OF ADRIENNE D. COHEN**
7250 Redwood Blvd., Ste 300
Novato, CA 94945
Office: (415) 761-8655 Fax: (415) 329-2448

Attorneys for Defendant:
BRIDGESTONE RETAIL OPERATIONS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA CABRERA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BRIDGESTONE RETAIL OPERATIONS, LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-10966-PJW<br><br>Hon. Patrick J. Walsh<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed: December 31, 2019<br>Trial Date: None Set |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

JOINT NOTICE OF SETTLEMENT
1

Plaintiff, GABRIELA CABRERA, and Defendant, BRIDGESTONE RETAIL OPERATIONS, LLC (the "Parties") have reached a settlement in this matter and expect to file a joint stipulation for dismissal of the action pending completion of certain terms of the confidential settlement agreement.

Dated: April 6, 2020                                     **MANNING LAW, APC**

                                          By:   */s/ Joseph R. Manning, Jr. Esq.*
                                                    Joseph R. Manning, Jr., Esq.
                                                    Attorneys for Plaintiff,
                                                    Gabriela Cabrera

Dated: April 6, 2020                                     **LAW OFFICES OF ADRIENNE D. COHEN**

                                          By:   */s/ Veronika J. Zappelli, Esq.*
                                                    Veronika J. Zappelli
                                                    Attorney for Defendant,
                                                    Bridgestone Retail Operations, LLC

## **CERTIFICATE OF SERVICE**

I certify that on April 6, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

                                                                       Respectfully submitted,

Dated: April 6, 2020                                     **MANNING LAW, APC**

                                          By:   */s/ Joseph R. Manning, Jr. Esq.*
                                                    Joseph R. Manning, Jr., Esq.
                                                    Attorneys for Plaintiff
                                                    Gabriela Cabrera